```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-22-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

Sam Schafer

—v—

Cambridge Capital

-----------------------------------X

08 cv 6439 (JFK)

Please be advised that the conference scheduled for __October 6, 2008__ has been rescheduled to __October 10, 2008__ at __10:00 am__ in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

August 22, 2008

_____
JOHN F. KEENAN
United States District Judge